IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2008

Charles R. Fulbruge III
Clerk

No. 07-10910
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LAZARO TORRES DIAZ, also known as "El Prieto", also known as "El Negro"

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:07-CR-9-1

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Lazaro Torres Diaz has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Diaz has filed a response. Diaz's claim of ineffective assistance of counsel on appeal is premature. Our independent review of the record, counsel's brief, and Diaz's response discloses no nonfrivolous issue for appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Diaz's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.